*Ralph M Pomeroy*

*ad$^v$*

*Joachin Perras*

filed in court 12 may 1812.
Sol Sibley At$^y$

Michigan Territory—towit—supreme court—

Ralph M. Pomeroy
        ad$^v$          in case
Joachin Perras

   and the s$^d$ Ralph M. Pomeroy by Sol Sibley his att$^y$ comes here into court and prays judg$^t$ of the writ and declaration afores$^d$ and that the same may be abated  Because the said Ralph M. Pomeroy says that since the last continuance of said action, the said Joachin Perras Plaintiff in said action did die, and is now dead, Towit on the first day of Jan$^y$ 1812, Towit at Detroit in the Territory of Michigan afores$^d$ which fact the said Ralph is ready to

verify and prove—Wherefore the said Ralph prays judg$^t$ of the s$^d$ writ & Declaration afores$^d$ and that said action for the cause afores$^d$ may be adjudged to be abated, with his costs &c          SOL SIBLEY   At$^y$ for def$^t$

MICHIGAN TERRITORY TOWIT

Ralph M. Pomeroy puts in his place, to defend him in the above action
Sol Sibley his Atty—

[In the handwriting of Solomon Sibley]